UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TANNAZ JABBARI,

        Plaintiff,

   v.

COUNTY OF SAN MATEO, et al.,

        Defendants.

Case No. 21-cv-01784-VC

**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO SEAL**

Re: Dkt. No. 23

      The plaintiff's request to seal her address, phone number, and email address are granted. As a participant in California's "Safe at Home" program, the plaintiff has shown a need to protect information that would allow her stalker or abuser to locate or contact her. That showing outweighs the public's right to see that limited set of information. The Clerk is directed to remove the plaintiff's address, phone number, and email address from the docket. The plaintiff is directed to file appropriately redacted version of previously filed documents within 21 days of this order.

      As the plaintiff's name and signature would not allow anyone to contact her or find her, the request to seal that information is denied. At the case management conference, the plaintiff stated that if she was not allowed to proceed pseudonymously, her name would need to be changed for accuracy—but that connecting her old and new names could also jeopardize her safety. This issue was not presented by her motion, and the Court does not have enough information to grant it. If the plaintiff would like to file a new motion to change or redact her name, she may do so. A renewed motion to seal must provide the Court with enough information to understand why the plaintiff's name (or change of name) should be sealed from the public. If

necessary and appropriate, that motion can itself be sealed in part; the plaintiff should consult with the Local Rules and this Court's Standing Order on how to file sealed documents.

**IT IS SO ORDERED.**

Dated: December 16, 2022

_____
VINCE CHHABRIA
United States District Judge