UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>COUNTY OF SAN MATEO, et al.,<br><br>　　　　Defendants. | Case No.  21-cv-01784-VC<br><br>**ORDER DENYING MOTION FOR RECONSIDERATION AND GRANTING IN PART REQUEST FOR EXTENSION**<br><br>Re: Dkt. Nos. 47, 49 |

　　　　Doe's motion for reconsideration is denied. Dkt. No. 47. The defendants' request for extensions is largely denied as moot since Doe's motion has now been denied. However, the defendants' deadline to respond to the Third Amended Complaint is extended to Friday, April 7, in light of counsel's pre-planned family vacation. In responding to the amended complaint, the defendants need not respond to any allegations regarding claims dismissed with prejudice.

　　　　**IT IS SO ORDERED.**

Dated: March 22, 2023

_____
VINCE CHHABRIA
United States District Judge