UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE, | Case No.  21-cv-01784-VC |
| Plaintiff, | |
| | **FURTHER ORDER ON SEALING** |
| v. | Re: Dkt. No. 44 |
| COUNTY OF SAN MATEO, et al., | |
| Defendants. | |

The Court previously approved the plaintiff's request to proceed pseudonymously. Dkt. No. 46. This order relates to the sealing of past docket entries.

The Clerk is directed to replace the plaintiff's name in the following text docket entries with the pseudonym Jane Doe: Dkt. Nos. 1, 2, 5, 6, 9, 15, 20, 23, 24, 29, 32, 33, 36, 38, 40, 44, 45, and 48.

If Doe would like PDF docket entries to be redacted as well, she must file redacted copies of each docket entry as a separate document (redacting only her name and contact information, such as her phone number or address), along with a simple table cross-referencing the new versions with the docket entries (for example, stating that attachment 1 of her new filing is a redacted version of Dkt. No. 1). If Doe would like to do this, the redacted filings are due within 28 days of this order.

**IT IS SO ORDERED.**

Dated: April 12, 2023

_____

VINCE CHHABRIA
United States District Judge