UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JANE DOE,<br><br>           Plaintiff,<br><br>   v.<br><br>COUNTY OF SAN MATEO, et al.,<br><br>           Defendant. | Case No.  21-cv-01784-VC<br><br>**ORDER OF DISMISSAL** |

In light of the parties' settlement, this case is dismissed with prejudice. The Clerk of Court is directed to close the case.

**IT IS SO ORDERED.**

Dated: September 7, 2023

_____
VINCE CHHABRIA
United States District Judge